# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN LAWRENCE MEIRING,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES E. WILSON,
DISTRICT JUDGE,
Respondents.

No. 78524

**FILED**

APR 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges a district court order directing a response to petitioner's NRCP 60(b) motion.

Having reviewed the petition and supporting documents, we decline to exercise our discretion to consider this matter. *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner has not met his burden to show that our extraordinary intervention is warranted. *See* NRCP 15(a); *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:   Hon. James E. Wilson, District Judge
      John Lawrence Meiring
      Attorney General/Carson City
      Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A